Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of AMELIA LEBENDICK and Others, Respondents, for Compensation for the Death of JOSEPH LEBENDICK, Deceased, under the Workmen's Compensation Law, v. THE BOSSERT CORPORATION, Employer, and UTICA MUTUAL INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ROSE E. DESHON, Respondent, for Compensation under the Workmen's Compensation Law, for the Death of IRVING DESHON, v. FEDERAL SUGAR REFINING COMPANY, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of CLARENCE CLARKE, Respondent, for Compensation under the Workmen's Compensation Law, v. STANDARD SHIPBUILDING CORPORATION, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Compensation has been awarded for the loss of the use of one-half of the eye. The most favorable view of the evidence is that there was a loss of one-tenth only of the use. The award is, therefore, modified by making the compensation for twelve and four-fifths weeks instead of sixty-four weeks, and as thus modified unanimously affirmed.

HENRY McGURK, Respondent, v. MARY J. LIGHTHALL, Appellant, Impleaded with EDWIN SMITH and Others.— Order unanimously affirmed, with ten dollars costs and disbursements.

In the Matter of the Application of the CITY OF NIAGARA FALLS, Appellant, for a Writ of Prohibition against THE PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK FOR THE SECOND DISTRICT and INTERNATIONAL RAILWAY COMPANY, Respondents.— Order denying motion for writ of prohibition reversed, as matter of law and not as a matter of discretion, with ten dollars costs and disbursements, and writ granted, on the authority of *Matter of Quinby* v. *Public Service Commission* (223 N. Y. 244) and matter of the motion for a reargument of the same case, decided by the Court of Appeals October 21, 1919. [227 N. Y. 601.] All concur. Leave to appeal to the Court of Appeals granted.

THE PEOPLE OF THE STATE OF NEW YORK, ex rel. FRANK IRWIN, Respondent, v. WILLIAM J. HOMER, Agent and Warden of Great Meadow Prison, Appellant.— Motion granted.

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. NATIONAL SECURITY COMPANY, Defendant.— Motion denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES O'HAGAN, Appellant.— Judgment of conviction affirmed. All concur, except Woodward and Cochrane, JJ., dissenting.

ELIZA J. PELLS, Appellant, Respondent, v. CARL KATZENSTEIN, Respondent, Appellant.— Order granting a new trial on the ground of newly-discovered evidence affirmed, without costs. All concur. Appeal from judgment and order denying motion for a new trial on the minutes dismissed, without costs.